

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CANADIAN COUNTY</u>, OKLAHOMA

| | |
|---|---|
| KIRK A FUQUA, AN INDIVIDUAL,<br>     Plaintiff,<br>v.<br>STATE FARM MUTUAL AUTOMOBILE INS CO,<br><br>STATE FARM LIFE INSURANCE CO,<br><br>STATE FARM FIRE AND CASUALTY CO,<br><br>STATE FARM GENERAL INSURANCE CO,<br><br>A COLLECTION OF FOREIGN INSURANCE COMPANIES, AND<br><br>COURTNEY HUMPHREY, AN INDIVIDUAL AND HUMPHREY<br>INSURANCE AND FINANCIAL SERVICES INC,<br>     Defendant(s). | **No. CJ-2020-603**<br>**(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)**<br><br>Filed: 12/11/2020<br><br>Judge: McCurdy, Jack |

## PARTIES

FUQUA, KIRK A, Plaintiff
HUMPHREY, COURTNEY, Defendant
STATE FARM FIRE AND CASUALTY CO, Defendant
STATE FARM GENERAL INSURANCE CO, Defendant
STATE FARM LIFE INSURANCE CO, Defendant
STATE FARM MUTUAL AUTOMOBILE INS CO, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|

**EXHIBIT 1**

| Attorney | Represented Parties |
|---|---|
| CUNNINGHAM, KEVIN H (Bar #22117)<br>3540 S BOULEVARD SUITE 300<br>EDMOND, OK 73013 | FUQUA, KIRK A |
| MEEK, JUSTIN D (Bar #21294)<br>3540 S BOULEVARD SUITE 300<br>EDMOND, OK 73013 | FUQUA, KIRK A |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**    Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: FUQUA, KIRK A
Filed Date: 12/11/2020

| Party Name | Disposition Information |
|---|---|
| **Defendant:**<br>STATE FARM MUTUAL AUTOMOBILE INS CO | |
| **Defendant:**<br>STATE FARM LIFE INSURANCE CO | |
| **Defendant:**<br>STATE FARM FIRE AND CASUALTY CO | |
| **Defendant:**<br>STATE FARM GENERAL INSURANCE CO | |
| **Defendant:** HUMPHREY, COURTNEY | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-11-2020 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. // PETITION FILED<br>Document Available (#1048312331) 📄TIFF 📄PDF | 1 | FUQUA, KIRK A | |
| 12-11-2020 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-11-2020 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 12-11-2020 | PFE1 | PETITION | | | $ 163.00 |
| 12-11-2020 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 12-11-2020 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 12-11-2020 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 12-11-2020 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 12-11-2020 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 12-11-2020 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 12-11-2020 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 12-11-2020 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 12-11-2020 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 12-11-2020 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 12-11-2020 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 12-11-2020 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 12-11-2020 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 12-11-2020 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 12-11-2020 | SMIP | SUMMONS ISSUED TO ATTY FOR SERVICE Document Available (#1048312327) TIFF PDF | | | $ 50.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-11-2020 | SMIP | SUMMONS ISSUED TO ATTY FOR SERVICE Document Available (#1048312323) 📄TIFF 📕PDF | | | |
| 12-11-2020 | SMIP | SUMMONS ISSUED TO ATTY FOR SERVICE Document Available (#1048312319) 📄TIFF 📕PDF | | | |
| 12-11-2020 | SMIP | SUMMONS ISSUED TO ATTY FOR SERVICE Document Available (#1048312315) 📄TIFF 📕PDF | | | |
| 12-11-2020 | SMIP | SUMMONS ISSUED TO ATTY FOR SERVICE Document Available (#1048312311) 📄TIFF 📕PDF | | | |
| 12-11-2020 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MCCURDY, JACK TO THIS CASE. | | | |
| 12-11-2020 | ADJUST | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | | | $ 7.00 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 12-11-2020 | ACCOUNT | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:<br>CJ-2020-603: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25<br>CJ-2020-603: AC81 LENGTHY TRIAL FUND -$0.25<br>CJ-2020-603: AC79 OCIS REVOLVING FUND -$0.63<br>CJ-2020-603: AC67 DISTRICT COURT REVOLVING FUND -$0.03<br>CJ-2020-603: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02<br>CJ-2020-603: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18<br>CJ-2020-603: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04<br>CJ-2020-603: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13<br>CJ-2020-603: AC31 COURT CLERK REVOLVING FUND -$0.02<br>CJ-2020-603: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15<br>CJ-2020-603: AC01 CLERK FEES -$5.30 | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-11-2020 | ACCOUNT | RECEIPT # 2020-654691 ON 12/11/2020. PAYOR: CUNNINGHAM/KEVIN H TOTAL AMOUNT PAID: $ 279.64.<br>LINE ITEMS:<br>CJ-2020-603: $207.70 ON AC01 CLERK FEES.<br>CJ-2020-603: $7.00 ON AC09 CARD ALLOCATIONS.<br>CJ-2020-603: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2020-603: $0.64 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2020-603: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2020-603: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2020-603: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2020-603: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2020-603: $0.95 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2020-603: $24.37 ON AC79 OCIS REVOLVING FUND.<br>CJ-2020-603: $9.75 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2020-603: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |