


ISSUED

12/11/2020

MARIE HIRST
COURT CLERK, CANADIAN COUNTY

# IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| KIRK A. FUQUA, an Individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CJ-2020- 603 |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE INS. | ) |
| CO., STATE FARM LIFE INSURANCE CO., | ) |
| STATE FARM FIRE AND CASUALTY CO., | ) |
| STATE FARM GENERAL INSURANCE CO., | ) |
| a collection of foreign insurance companies, and | ) |
| COURTNEY HUMPHREY, an individual, and | ) |
| HUMPHREY INSURANCE AND FINANCIAL | ) |
| SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

TO: State Farm Mutual Automobile Ins., Co.
c/o Oklahoma Department of Insurance
400 NE 50th St.
Oklahoma City, OK 73105

TO THE ABOVE-NAMED DEFENDANT:

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiffs.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of this action. Issued this \_11\_ day of \_december\_, 2020.

**Marie Hirst**
CANADIAN COUNTY COURT CLERK

By: _____
Deputy

(SEAL)

**EXHIBIT 3**

Attorneys for Plaintiff:

Justin D. Meek, OBA #21294
Kevin Cunningham, OBA #22117
DeWITT, PARUOLO & MEEK
P.O Box 138800
Oklahoma City, Oklahoma 73113
Telephone: (405) 705-3600
Facsimile: (405) 705-2573

This summons was served on _____.
(date of service)

_____
Signature of person serving Summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**



ISSUED
12/11/2020

MARIE HIRST
COURT CLERK, CANADIAN COUNTY

# IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| KIRK A. FUQUA, an Individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CJ-2020-603 |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE INS. CO., STATE FARM LIFE INSURANCE CO., STATE FARM FIRE AND CASUALTY CO., STATE FARM GENERAL INSURANCE CO., a collection of foreign insurance companies, and COURTNEY HUMPHREY, an individual, and HUMPHREY INSURANCE AND FINANCIAL SERVICES, INC. | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## SUMMONS

TO:  State Farm Life Insurance Co.
c/o Oklahoma Department of Insurance
400 NE 50th St.
Oklahoma City, OK 73105

TO THE ABOVE-NAMED DEFENDANT:

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiffs.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of this action. Issued this 11 day of december, 2020.

**Marie Hirst**
CANADIAN COUNTY COURT CLERK

By: _____
Deputy

(SEAL)

Attorneys for Plaintiff:

Justin D. Meek, OBA #21294
Kevin Cunningham, OBA #22117
DeWITT, PARUOLO & MEEK
P.O Box 138800
Oklahoma City, Oklahoma 73113
Telephone: (405) 705-3600
Facsimile: (405) 705-2573

        This summons was served on _____.
                                   (date of service)

                                     Signature of person serving Summons

        **YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**




ISSUED
1711 2020

MARIE HIRST
COURT CLERK, CANADIAN COUNTY

## IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

KIRK A. FUQUA, an Individual, )
)
    Plaintiff, )
)
v. ) Case No.: CJ-2020-603
)
STATE FARM MUTUAL AUTOMOBILE INS. )
CO., STATE FARM LIFE INSURANCE CO., )
STATE FARM FIRE AND CASUALTY CO., )
STATE FARM GENERAL INSURANCE CO., )
a collection of foreign insurance companies, and )
COURTNEY HUMPHREY, an individual, and )
HUMPHREY INSURANCE AND FINANCIAL )
SERVICES, INC. )
)
    Defendants. )

### SUMMONS

TO:   State Farm Fire and Casualty Insurance Co.
c/o Oklahoma Department of Insurance
400 NE 50th St.
Oklahoma City, OK 73105

TO THE ABOVE-NAMED DEFENDANT:

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiffs.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of this action. Issued this __11__ day of __December__, 2020.

**Marie Hirst**
CANADIAN COUNTY COURT CLERK

By: _____
Deputy

(SEAL)

Attorneys for Plaintiff:

Justin D. Meek, OBA #21294
Kevin Cunningham, OBA #22117
DeWITT, PARUOLO & MEEK
P.O Box 138800
Oklahoma City, Oklahoma 73113
Telephone: (405) 705-3600
Facsimile: (405) 705-2573

This summons was served on _____.
                               (date of service)

                                              Signature of person serving Summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

2



ISSUED
12/11/2020

MARIE HIRST
COURT CLERK, CANADIAN COUNTY

# IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| KIRK A. FUQUA, an Individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CJ-2020-603 |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE INS. CO., STATE FARM LIFE INSURANCE CO., STATE FARM FIRE AND CASUALTY CO., STATE FARM GENERAL INSURANCE CO., a collection of foreign insurance companies, and COURTNEY HUMPHREY, an individual, and HUMPHREY INSURANCE AND FINANCIAL SERVICES, INC. | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## SUMMONS

TO:  State Farm General Insurance Co.
c/o Oklahoma Department of Insurance
400 NE 50th St.
Oklahoma City, OK 73105

TO THE ABOVE-NAMED DEFENDANT:

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiffs.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of this action. Issued this 11 day of december, 2020. **Marie Hirst**

CANADIAN COUNTY COURT CLERK

By: _____
Deputy

(SEAL)

Attorneys for Plaintiff:

Justin D. Meek, OBA #21294
Kevin Cunningham, OBA #22117
DeWITT, PARUOLO & MEEK
P.O Box 138800
Oklahoma City, Oklahoma 73113
Telephone: (405) 705-3600
Facsimile: (405) 705-2573

This summons was served on _____.
                                        (date of service)

                                        Signature of person serving Summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

2



ISSUED
12/11/2020

Marie Hirst
COURT CLERK, CANADIAN COUNTY

IN THE DISTRICT COURT OF CANADIAN COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| KIRK A. FUQUA, an Individual, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: CJ-2020- 603 |
| STATE FARM MUTUAL AUTOMOBILE INS. CO., STATE FARM LIFE INSURANCE CO., STATE FARM FIRE AND CASUALTY CO., STATE FARM GENERAL INSURANCE CO., a collection of foreign insurance companies, and COURTNEY HUMPHREY, an individual, and HUMPHREY INSURANCE AND FINANCIAL SERVICES, INC. | ) |
| Defendants. | ) |

## SUMMONS

TO:   Courtney Humphrey
      Humphrey Insurance and Financial Services, Inc.
      13321 N.W 4th Street
      Yukon, OK 73099

TO THE ABOVE-NAMED DEFENDANT:

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiffs.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of this action. Issued this __11__ day of __december__, 2020.

**Marie Hirst**
CANADIAN COUNTY COURT CLERK

By: _____
      Deputy

(SEAL)

Attorneys for Plaintiff:

Justin D. Meek, OBA #21294
Kevin Cunningham, OBA #22117
DeWITT, PARUOLO & MEEK
P.O Box 138800
Oklahoma City, Oklahoma 73113
Telephone: (405) 705-3600
Facsimile: (405) 705-2573

This summons was served on _____.
(date of service)

_____
Signature of person serving Summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

2